# EXHIBIT 3

Doc-15005357  Bk-OPR  Vl-5145  Pg-566

**** Electronically Filed Document ****

# Hays County Texas
# Liz Q. Gonzalez
# County Clerk

Document Number: 2015-15005357
Recorded As       : ELECTRONIC RECORDING

Recorded On:        February 26, 2015
Recorded At:        02:59:46 pm
Number of Pages:    2
Book-Vl/Pg:         Bk-OPR   Vl-5145   Pg-566
Recording Fee:      $26.00

Parties:

　　　　Direct- BANK OF AMERICA
　　　　Indirect- LSF9 MORTGAGE HOLDINGS LLC

Receipt Number:     390168
Processed By:       Patricia Gomez

************ THIS PAGE IS PART OF THE INSTRUMENT ************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.



I hereby certify that this instrument was filed for record in my office on the date and time stamped hereon and was recorded on the volume and page of the named records of Hays County, Texas

*Liz Q. Gonzalez*

Liz Q. Gonzalez, County Clerk

Doc-15005357 Bk-OPR Vl-5145 Pg-567

## ASSIGNMENT OF DEED OF TRUST

**FOR VALUE RECEIVED:**

| | |
|---|---|
| ASSIGNOR: | BANK OF AMERICA N.A. |
| ASSIGNOR ADDRESS: | 7105 CORPORATE DRIVE<br>PLANO, TX 75024 |

**DID GRANT, CONVEY, ASSIGN, AND TRANSFER TO:**

| | |
|---|---|
| ASSIGNEE: | LSF9 MORTGAGE HOLDINGS, LLC |
| ASSIGNEE'S ADDRESS: | c/o BANK OF AMERICA, N.A.<br>7105 CORPORATE DRIVE<br>PLANO, TX 75024 |

**THE EFFECTIVE DATE OF THE ASSIGNMENT OF ALL BENEFICIAL INTEREST OF THE BELOW DEED OF TRUST IS ON OR BEFORE 09/30/2014:**

| | |
|---|---|
| DATED: | 01/19/2007 |
| ORIGINAL LOAN AMOUNT: | $107,000.00 |
| BORROWER: | JOESEPH M. SCHAFFER, JR. |
| ORIGINAL BENEFICIARY: | BANK OF AMERICA N.A. |
| TRUSTEE: | PRLAP, INC. |
| RECORDED IN: | Document 7000218, Official Real Property Records of Hays County, Texas. |
| PROPERTY SUBJECT TO LIEN: | LOT 31, BLOCK 1, OF HILLS OF HAYS, PHASE II, A SUBDIVISION IN HAYS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT OF RECORD IN VOLUME 4, PAGES 335-337, OF THE PLAT RECORDS OF HAYS COUNTY, TEXAS. |

BANK OF AMERICA N.A.

BY: [signature] 11-3-14
PRINTED NAME: [illegible]
TITLE: Assistant Vice President

### ACKNOWLEDGMENT

STATE of Texas
COUNTY of Dallas

Before me, David A. Thomas (insert name of notary) the undersigned officer, on this, the 3 day of November, 2014, personally appeared [illegible] Rhodes (insert name of signer) ( ) known to me, or (✓) through production of a Texas Driver's License as identification, who identified her/himself to be the Assistant Vice President of Bank of America, N.A., the person and officer whose name is subscribed to the foregoing instrument, and being authorized to do so, acknowledged that (s)he had executed the foregoing instrument as the act of such corporation for the purpose and consideration described and in the capacity stated.

(Notary Seal)

DAVID A THOMAS
Notary Public
STATE OF TEXAS
My Comm. Exp. 03-16-16

[signature]
DAVID A. THOMAS
(Type or print name below signature)
Notary Public, State of TEXAS
Commission No.: 12992357-5
My Commission Expires: 3-16-2016

AFTER RECORDATION RETURN TO:
Mackie Wolf Zientz & Mann, P.C.
Parkway Office Center, Suite 900
14160 North Dallas Parkway
Dallas, Texas 75254

MWZM No. 13-002956-570