# EXHIBIT 4

Doc-15008771  Bk-OPR  Vl-5171  Pg-567

\*\*\*\*   **Electronically Filed Document**   \*\*\*\*

## Hays County Texas
## Liz Q. Gonzalez
## County Clerk

Document Number: 2015-15008771
Recorded As      : ELECTRONIC RECORDING

Recorded On:        March 27, 2015
Recorded At:        03:06:42 pm
Number of Pages:    3
Book-Vl/Pg:         Bk-OPR   Vl-5171   Pg-567
Recording Fee:      $30.00

**Parties:**

Direct- LSF9 MORTGAGE HOLDINGS LLC
Indirect- US BANK TRUST NA

Receipt Number:     392805
Processed By:       Patricia Gomez

---

\*\*\*\*\*\*\*\*\*\*\*\* **THIS PAGE IS PART OF THE INSTRUMENT** \*\*\*\*\*\*\*\*\*\*\*\*

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

---



I hereby certify that this instrument was filed for record in my office on the date and time stamped hereon and was recorded on the volume and page of the named records of Hays County, Texas

*Liz Q. Gonzalez*

Liz Q. Gonzalez, County Clerk

RECORDING REQUESTED BY AND WHEN RECORDED RETURN TO:
CALIBER HOME LOANS
13801 Wireless Way
Oklahoma City, OK 73134

| Prepared By: | Liptu Paul | Loan Number: | ▓▓▓▓4132 |
|---|---|---|---|
| MERS Min: | 000000000000000000 | | |
| Parcel ID:: | 1140390100031003 | | |

Space Above This Line For Recorder's Use

## ASSIGNMENT OF MORTGAGE/DEED OF TRUST

FOR VALUE RECEIVED, the undersigned **LSF9 MORTGAGE HOLDINGS, LLC** whose address is **13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134**, hereby grants, assigns and transfers to **U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST** whose address is **13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134** all beneficial interest under that certain mortgage/Deed of Trust/Security Deed dated 01/19/2007 executed by **JOESEPH M SCHAFEER JR** to **BANK OF AMERICA, N.A.** in the amount of $107,000.00 and recorded on 1/22/2007 as Instrument # 70002118, in Book/Volume or Liber No. 3094 , Page/folio 468 of Official Records in the County Recorder's office of HAYS County, TX, describing land herein as: 'SEE ATTACHED 'EXHIBIT A'

Property Address:   720 CLEARVIEW CIRCLE, SAN MARCOS TX  78666

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said mortgage/Deed of Trust/Security Deed.

Witness #1  *Sasha Candelaria*

Witness #2  *Brian Sabul*

LSF9 MORTGAGE HOLDINGS, LLC, BY CALIBER HOME LOANS INC., AS ITS ATTORNEY IN FACT

By: _____Kolette Modlin_____
Title: Authorized Signatory

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

County of San Diego )
State of California )

On __March 16__, 2015 before me, __B Gravitt__, Notary Public, personally appeared, __Kolette Modlin__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand official seal,

Notary Name: __B Gravitt__          My Commission Expires: June 7, 2017


B GRAVITT
Commission # 2027923
Notary Public - California
San Diego County
My Comm. Expires Jun 7, 2017

## LEGAL DESCRIPTION

### EXHIBIT "A"

Lot 31, Block 1, of HILLS OF HAYS, PHASE II, a subdivision in Hays County, Texas, according to the map or plat of record in Volume 4, Pages 335-337, of the Plat Records of Hays County, Texas.