# EXHIBIT "H"

LOAN NUMBER: 6014407529

# NOTE

| 01/19/07 | SAN MARCOS | TX |
|---|---|---|
| [Date] | [City] | [State] |

720 CLEARVIEW CIRCLE, SAN MARCOS, TX 78666

[Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $  107,000.00  (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is  BANK OF AMERICA, N.A.

I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of  6.375  %.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

## 3. PAYMENTS

### (A) Time and Place of Payments

I will pay principal and interest by making a payment every month.

I will make my monthly payment on the  1ST  day of each month beginning on MARCH 01, 2007  . I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on  FEBRUARY 01, 2037  I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at  BANK OF AMERICA, N.A., P.O. BOX 17404, BALTIMORE, MD 21297-1404  or at a different place if required by the Note Holder.

### (B) Amount of Monthly Payments

My monthly payment will be in the amount of U.S. $  667.55  .

## 4. BORROWER'S RIGHT TO PREPAY

I HAVE THE RIGHT TO MAKE PAYMENTS OF PRINCIPAL AT ANY TIME BEFORE THEY ARE DUE. A PAYMENT OF PRINCIPAL ONLY IS KNOWN AS A "PREPAYMENT." WHEN I MAKE A PREPAYMENT, I WILL TELL THE NOTE HOLDER IN WRITING THAT I AM DOING SO. I MAY NOT DESIGNATE A PAYMENT AS A PREPAYMENT IF I HAVE NOT MADE ALL THE MONTHLY PAYMENTS DUE UNDER THIS NOTE.

I MAY MAKE A FULL PREPAYMENT OR PARTIAL PREPAYMENT WITHOUT PAYING ANY PREPAYMENT CHARGE. AFTER PAYING ANY LATE FEES OR OUTSTANDING FEES THAT I OWE, THE NOTE HOLDER WILL USE MY PREPAYMENTS TO REDUCE THE AMOUNT OF PRINCIPAL THAT I OWE UNDER THIS NOTE. HOWEVER, THE NOTE HOLDER MAY APPLY MY PREPAYMENT TO THE ACCRUED AND UNPAID INTEREST ON THE PREPAYMENT AMOUNT BEFORE APPLYING MY PREPAYMENT TO REDUCE THE PRINCIPAL AMOUNT OF THIS NOTE. IF I MAKE A PARTIAL PREPAYMENT, THERE WILL BE NO CHANGES IN THE DUE DATES OR IN THE AMOUNT OF MY MONTHLY PAYMENT UNLESS THE NOTE HOLDER AGREES IN WRITING TO THOSE CHANGES.



## 5. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

## 6. BORROWER'S FAILURE TO PAY AS REQUIRED

(A) Late Charge for Overdue Payments

If the Note Holder has not received the full amount of any monthly payment by the end of    15 calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be    5.0        % of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

(B) Default

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

(C) Notice of Default

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

(D) No Waiver By Note Holder

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

(E) Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 7. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

## 8. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

## 9. WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

## 10. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

BS5N (0 10 1)                                    Page 2 of 3

BS5R 01/18/07 10:13 AM 6014407529

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)
JOESEPH M SCHAFFER JR                              -Borrower

_____ (Seal)
                                                   -Borrower

_____ (Seal)
                                                   -Borrower

_____ (Seal)
                                                   -Borrower

_____ (Seal)
                                                   -Borrower

_____ (Seal)
                                                   -Borrower

_____ (Seal)
                                                   -Borrower

_____ (Seal)
                                                   -Borrower
                                                   (Sign Original Only)

BS5N (0101)                              Page 3 of 3
BS5R 01/18/07 10:13 AM 6014407529

# EXHIBIT "I"

GF#_____
Char___ ? Return to: Gracy Title Co.
.J4oo Burnet Road #106
Austin, TX 78758

70002117 DPR   Bk Vol Pg
                3094  466

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

### Warranty Deed with Vendor's Lien

Date:          January 19, 2007

Grantor:       Elizabeth Villalobos

Grantor's Mailing Address:    145 Billingsley Hts
                              Cedar Creek, TX 78612

Grantee:       Joseph M. Schaffer Jr. and Crystal Schaffer

Grantee's Mailing Address:    120 Clearview Cir
                              San Marcos TX 78666

Consideration:      A Promissory Note in the original principal sum of One Hundred Seven Thousand and No/100 Dollars ($107,000.00) payable to the order of Bank of America, N.A., which Promissory Note is secured by a Deed of Trust of even date to PRLAP, Inc., Trustee.

The debt evidenced by this Note is in part payment of the purchase price of the Property. The debt is secured by deed of trust and by a vendor's lien on the Property, which is expressly retained. The lien created by the deed of trust and the vendor's lien is transferred to Lender by the deed. The deed does not waive the vendor's lien, and the two liens and the rights created by this deed of trust are cumulative. Lender may elect to foreclose under either of the liens without waiving the other or may foreclose under both.

Property (including any improvements):

Lot 31, Block 1, of HILLS OF HAYS, PHASE II, a subdivision in Hays County, Texas, according to the map or plat of record in Volume 4, Pages 335-337, of the Plat Records of Hays County, Texas.

Reservations from Conveyance:      None

Exceptions to Conveyance and Warranty:

Liens, if any, described as part of the Consideration and any other liens described in this deed as being either assumed or subject to which title is taken; validly existing easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded and validly existing instruments, other than conveyances of the surface fee estate, that affect the Property; and taxes for the current year, which Grantee assumes and agrees to pay.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property,

GF#618736-MF                                    1

70002117 OPR 3094 467

together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

Bank of America, N.A., ("Lender"), at Grantee's request, has paid in cash to Grantor that portion of the purchase price of the Property that is evidenced by the note. The first and superior vendor's lien against and superior title to the Property are retained for the benefit of Lender and are transferred to Lender without recourse against Grantor.

The vendor's lien against and superior title to the Property are retained until each note described is fully paid according to its terms, at which time this deed will become absolute.

When the context requires, singular nouns and pronouns include the plural.

ELIZABETH VILLALOBOS

STATE OF TEXAS                            )

COUNTY OF Hays                            )

This instrument was acknowledged before me January 19, 2007 by Elizabeth Villalobos.

Marie C. Farber
Notary Public
State of Texas
My Commission Expires
NOVEMBER 24, 2008

Notary Public, State of Texas

Grantee's Address/Return to:

_____

_____

_____

Filed for Record in:
Hays County
On: Jan 22,2007 at 02:16P
Document Number:        70002117
Amount:                    20.00
Receipt Number - 163323
By,
Christina Sanchez, Deputy
Linda Fritsche, County Clerk
Hays County

GF#618736-MF                            2

# EXHIBIT "J"

**** **Electronically Filed Document** ****

# Hays County Texas
# Liz Q. Gonzalez
# County Clerk

**Document Number: 2015-15005357**
**Recorded As     : ELECTRONIC RECORDING**

**Recorded On:**        February 26, 2015
**Recorded At:**        02:59:46 pm
**Number of Pages:**    2
**Book-VI/Pg:**         Bk-OPR   VI-5145   Pg-566
**Recording Fee:**      $26.00

**Parties:**

Direct- BANK OF AMERICA
Indirect- LSF9 MORTGAGE HOLDINGS LLC

**Receipt Number:**     390168
**Processed By:**       Patricia Gomez

************ **THIS PAGE IS PART OF THE INSTRUMENT** ************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.



I hereby certify that this instrument was filed for record in my office on the date and
time stamped hereon and was recorded on the volume and page of the named records
of Hays County, Texas

Liz Q. Gonzalez, County Clerk

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED:

ASSIGNOR:                    BANK OF AMERICA N.A.

ASSIGNOR ADDRESS:            7105 CORPORATE DRIVE
                             PLANO, TX 75024

DID GRANT, CONVEY, ASSIGN, AND TRANSFER TO:

ASSIGNEE:                    LSF9 MORTGAGE HOLDINGS, LLC

ASSIGNEE'S ADDRESS:          c/o BANK OF AMERICA, N.A.
                             7105 CORPORATE DRIVE
                             PLANO, TX 75024

THE EFFECTIVE DATE OF THE ASSIGNMENT OF ALL BENEFICIAL INTEREST OF THE BELOW
DEED OF TRUST IS ON OR BEFORE 09/30/2014:

DATED:                       01/19/2007

ORIGINAL LOAN AMOUNT:        $107,000.00

BORROWER:                    JOESEPH M. SCHAFFER, JR.

ORIGINAL BENEFICIARY:        BANK OF AMERICA N.A.

TRUSTEE:                     PRLAP, INC.

RECORDED IN:                 Document 70002118, Official Real Property Records of Hays County, Texas.

PROPERTY SUBJECT TO LIEN:    LOT 31, BLOCK 1, OF HILLS OF HAYS, PHASE II, A SUBDIVISION IN
                             HAYS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT OF
                             RECORD IN VOLUME 4, PAGES 335-337, OF THE PLAT RECORDS OF
                             HAYS COUNTY, TEXAS.

BANK OF AMERICA N.A.

BY:

PRINTED NAME:

TITLE:

ACKNOWLEDGMENT

STATE of Texas
COUNTY of Dallas

Before me, DAVID A. THOMAS, (insert name of notary) the undersigned officer, on this, the 3 day of November, 2014, personally appeared Regina Iervale Rhoades, (insert name of signer) ( ) known to me, or (v through production of A Texas Drivers License as identification, who identified/herphimself to be the Assistant Vice President of Bank of America, N.A., the person and officer whose name is subscribed to the foregoing instrument, and being authorized to do so, acknowledged that (s)he had executed the foregoing instrument as the act of such corporation for the purpose and consideration described and in the capacity stated.

(Notary Seal)

DAVID A. THOMAS
Notary Public
STATE OF TEXAS
My Comm. Exp. 03-16-16

DAVID A. THOMAS
(Type or print name below signature)
Notary Public, State of TEXAS
Commission No.: 12892357-5
My Commission Expires: 3-16-2016

AFTER RECORDATION RETURN TO:
Mackie Wolf Zientz & Mann, P.C.
Parkway Office Center, Suite 900
14160 North Dallas Parkway
Dallas, Texas 75254

MWZM No. 13-002956-570

# EXHIBIT "K"

**** **Electronically Filed Document** ****

# Hays County Texas
# Liz Q. Gonzalez
# County Clerk

**Document Number: 2015-15008771**
**Recorded As      : ELECTRONIC RECORDING**

**Recorded On:**        March 27, 2015
**Recorded At:**        03:06:42 pm
**Number of Pages:**    3
**Book-VI/Pg:**         Bk-OPR   VI-5171   Pg-567
**Recording Fee:**      $30.00

**Parties:**

    **Direct- LSF9 MORTGAGE HOLDINGS LLC**
    **Indirect- US BANK TRUST NA**

**Receipt Number:**     392805
**Processed By:**       Patricia Gomez

\*\*\*\*\*\*\*\*\*\*\*\* **THIS PAGE IS PART OF THE INSTRUMENT** \*\*\*\*\*\*\*\*\*\*\*\*

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.



I hereby certify that this instrument was filed for record in my office on the date and
time stamped hereon and was recorded on the volume and page of the named records
of Hays County, Texas

*Liz Q Gonzalez*

Liz Q. Gonzalez, County Clerk

RECORDING REQUESTED BY AND WHEN RECORDED RETURN TO:
CALIBER HOME LOANS
13801 Wireless Way
Oklahoma City, OK 73134

| Prepared By: | **Liptu Paul** | Loan Number: | **9803784132** |
|---|---|---|---|
| MERS Min: | **000000000000000000** | | |
| Parcel ID:: | **1140390100031003** | | |

Space Above This Line For Recorder's Use

## ASSIGNMENT OF MORTGAGE/DEED OF TRUST

FOR VALUE RECEIVED, the undersigned **LSF9 MORTGAGE HOLDINGS, LLC** whose address is **13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134**, hereby grants, assigns and transfers to **U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST** whose address is **13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134** all beneficial interest under that certain mortgage/Deed of Trust/Security Deed dated **01/19/2007** executed by **JOESEPH M SCHAFFER JR** to **BANK OF AMERICA, N.A.** in the amount of **$107,000.00** and recorded on **1/22/2007** as Instrument # **70002118**, in Book/Volume or Liber No. **3094** , Page/folio **468** of Official Records in the County Recorder's office of **HAYS** County, **TX**, describing land herein as: **'SEE ATTACHED 'EXHIBIT A'**

Property Address:       **720 CLEARVIEW CIRCLE, SAN MARCOS TX 78666**

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said mortgage/Deed of Trust/Security Deed.

Witness #1  *Sasha Candelaria*

Witness #2  *Brian Sabul*   Brian Sabul

| LSF9 MORTGAGE HOLDINGS, LLC, BY CALIBER HOME LOANS INC., AS ITS ATTORNEY IN FACT |
|---|

By: _____ **Kolette Modlin**
Title: Authorized Signatory

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

County of San Diego )
State of California )

On __March__ __16__, __2015__ before me, __B Gravitt__, Notary Public, personally appeared, __Kolette Modlin__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand official seal,

Notary Name: __B Gravitt__

My Commission Expires: June 7 2017

B GRAVITT
Commission # 2027923
Notary Public - California
San Diego County
My Comm. Expires Jun 7, 2017

3-2956050

Doc-15008771  Bk-OPR  VI-5171  Pg-569

LEGAL DESCRIPTION

EXHIBIT "A"

Lot 31, Block 1, of HILLS OF HAYS, PHASE II, a subdivision in Hays County, Texas, according to the map or plat of record in Volume 4, Pages 335-337, of the Plat Records of Hays County, Texas.

# EXHIBIT "L"

**\*\*\*\*  Electronically Filed Document  \*\*\*\***

# Hays County Texas
## Liz Q. Gonzalez
## County Clerk

**Document Number: 2014-14003008**
**Recorded As        : ELECTRONIC RECORDING**

**Recorded On:**        February 05, 2014
**Recorded At:**        02:09:56 pm
**Number of Pages:**    2
**Book-VI/Pg:**         Bk-OPR   VI-4851   Pg-703
**Recording Fee:**      $26.00

**Parties:**

**Direct- BANK OF AMERICA NA**
**Indirect- ALEXANDER WENDY**

**Receipt Number:**     359161
**Processed By:**       Janie Flores

\*\*\*\*\*\*\*\*\*\*\*\* THIS PAGE IS PART OF THE INSTRUMENT \*\*\*\*\*\*\*\*\*\*\*\*

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.



I hereby certify that this instrument was filed for record in my office on the date and
time stamped hereon and was recorded on the volume and page of the named records
of Hays County, Texas

Liz Q. Gonzalez, County Clerk

Doc-14003008  Bk-OPR  VI-4851  Pg-704

## APPOINTMENT OF SUBSTITUTE TRUSTEE

THE STATE OF TEXAS      §    KNOW ALL MEN
COUNTY OF HAYS      §    BY THESE PRESENTS:

WHEREAS, by Deed of Trust (herein "Deed of Trust") dated 01/19/2007, JOESEPH M. SCHAFFER, JR., as Grantor, conveyed to PRLAP, INC., Trustee, for the benefit of BANK OF AMERICA N.A., certain real property situated in HAYS County, Texas, being described as follows:

LOT 31, BLOCK 1, OF HILLS OF HAYS, PHASE II, A SUBDIVISION IN HAYS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT OF RECORD IN VOLUME 4, PAGES 335-337, OF THE PLAT RECORDS OF HAYS COUNTY, TEXAS.

to secure the payment of one certain Promissory Note (herein the "Note") therein described in the principal amount of $107,000.00, which Deed of Trust is recorded in the Deed of Trust Records of HAYS County, Texas, reference to said Deed of Trust being hereby made for all purposes; and

WHEREAS, the Mortgagee of said Note and Deed of Trust desires to appoint a Substitute Trustee;

NOW, THEREFORE, the undersigned, Mortgagee of the Note and Deed of Trust has named and appointed, and by these presents does name and appoint WENDY ALEXANDER, STEVE UTLEY, TOBEY LATHAM OR MICHAEL W. ZIENTZ Substitute Trustee to act under and by virtue of said Deed of Trust.

Executed this _14th_ day of _January_ , 20_14_.

BANK OF AMERICA, N.A.

By: _Judy Pack_
Name: _Judy Smith Pack_
Title: _Assistant Vice President_

THE STATE OF _Texas_    §
     §
COUNTY OF _Dallas_    §

BEFORE ME, the undersigned authority, on this day personally appeared _Judy Smith Pack, Assistant Vice President_ of BANK OF AMERICA, N.A., known to me to be the person and officer or authorized agent whose name is subscribed to the foregoing instrument, and acknowledged to me that the same was the act of BANK OF AMERICA, N.A. and that she/he executed the same as the act of BANK OF AMERICA, N.A. for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this _14th_ day of _January_ , 20_14_.

_[signature]_
Notary Public in and for the State of _TEXAS_
My Commission Expires:
_9-22-2015_

AFTER RECORDATION RETURN TO:
Mackie Wolf Zientz & Mann, P.C.
Parkway Office Center, Suite 900
14160 North Dallas Parkway
Dallas, TX 75254

_[Notary seal: DAVID GROVER, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 09-22-2015]_

MWZM No. 13-002956-570
CONV