IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 18-50449

JOSEPH M. SCHAFFER, JR.,

    Plaintiff - Appellant

v.

WENDY ALEXANDER; STEVE UTLEY; TOBEY LATHAM; MICHAEL W. ZIENTZ; US BANK TRUST NATIONAL ASSOCIATION, Trustee for LSF9 Master Participation Trust,

    Defendants - Appellees

A True Copy
Certified order issued Feb 11, 2019

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court
for the Western District of Texas

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of February 11, 2019, pursuant to the stipulation of the parties.

                                      LYLE W. CAYCE
                                      Clerk of the United States Court
                                      of Appeals for the Fifth Circuit

                                      By: _____
                                      Melissa B. Courseault, Deputy Clerk

                         ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 11, 2019

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 18-50449   Joseph Schaffer, Jr. v. Wendy Alexander, et al
                    USDC No. 1:17-CV-297

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Melissa B. Courseault, Deputy Clerk
                    504-310-7701

cc w/encl:
    Mr. James Michael Andersen
    Mr. Jason Levi Sanders